THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* THOMAS GLUGLA, Defendant-Appellant.

(No. 70-152;

Second District—March 30, 1971.

*Rehearing denied May 14, 1971.*

Opinion by Mr. JUSTICE ABRAHAMSON.

Thomas P. Cernek, of Chicago, for appellant.

William V. Hopf, State's Attorney, of Wheaton, (Ralph J. Gust, Jr., Assistant State's Attorney, of counsel,) for the People.